**Order filed, May 30, 2019.**



In The

# Fourteenth Court of Appeals

——————

## NO. 14-19-00401-CV

——————

**MICHAEL TODD KOSAR, INDIVIDUALLY AS INDEPENDENT ADMINISTRATOR FOR THE ESTATE OF BETTY KOSAR, DECEASED, Appellant**

**V.**

**KPH-CONSOLIDATION, INC. D/B/A KINGWOOD MEDICAL CENTER, Appellee**

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2017-48084**

## ORDER

The reporter's record in this case was due **May 23, 2019**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **My-Thuy Cieslar**, the official court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM

Panel Consists of Justices .